| | | | |
|---|---|---|---|
| **DATE:** | December 12, 2018 | **CASE NO.:** | **USA V.** |
| **LOCATION:** | Texarkana | **5:17cr9(4)** | **TIMOTHY FRANKLIN HARPER** |
| **JUDGE:** | **Robert W. Schroeder III** | Counsel for Government: | Counsel for Defendant: |
| **DEP CLERK:** | Betty Schroeder | Jonathan Hornok | Greg Waldron |
| **REPORTER:** | Brenda Smith | | |
| **USPO:** | Natalie Estrada | | |
| **INTERPRETER:** | | | |
| **SENTENCING HEARING** HELD | | **BEGIN:** 10:39 am **ADJOURN:** 11:01 am | **TOTAL TIME:** 22 mins. |

| | | |
|---|---|---|
| **PRESENTENCE REPORT:** ☑ Adopted in Its Entirety | ☑ Objections and Court Ruling<br>☐ PSR CHANGED AS FOLLOWS: | overruled defendant's objection to 2 point increase |
| **PLEA AGREEMENT:** | ☑ ACCEPTED ☐ REJECTED<br>☑ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49. | |
| **CRIME VICTIMS:** | ☑ NONE | Victims Addressed the Court: |
| **MOTIONS:** ☑ None | ☐ Govt's Motion: ☐ GRANTED ☐ DENIED<br>☑ Dft's Motion: ☑ GRANTED ☐ DENIED<br>☐ Other: | |
| **ALLOCUTION:** | ☑ **Dft DID allocute** ☐ **Dft DID NOT allocate** | |

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| 1 | 188 months | | ☐ Interest Waived | ☐ Interest Waived | $100.00 |
| | | | | | |
| | | | | | |

## BOP RECOMMENDATIONS:

| | | |
|---|---|---|
| **DESIGNATION:** Seagoville | ☑ Substance Abuse Treatment<br>☐ Sex Offender Treatment<br>☐ Other: | ☑ Mental Health Treatment<br>☐ Financial Responsibility<br>☐ NONE |

## SUPERVISION:

| | |
|---|---|
| 5 **YEARS** SUPERVISED RELEASE | ☑ Mandatory and Special Conditions as set forth in Presentence Report<br>☐ No Term of Supervision |
| Other Conditions | |

| | |
|---|---|
| ☑ **Dft advised of right to APPEAL & Court Appointed Counsel** | **REMAINING COUNTS:** ☑ NONE<br>☐ **Govt moved to dismiss. Court granted.** |
| **FORFEITURE:** | |

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL

**ADDITIONAL PROCEEDINGS:**