**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | **CASE NUMBER 5:17-CR-00009-RWS** |
| v. | § | |
| | § | |
| | § | |
| COLLIN GARRETT HAYDEN (6) | § | |
| | § | |

**ORDER**

Before the Court is Defendant Collin Hayden's Motion to Withdraw 18 U.S.C. § 3582. Docket No. 430. At this time, Defendant no longer seeks the relief requested in his Modification of Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582 (Docket No. 423), and he therefore wishes to withdraw the motion. After review, the motion to withdraw (Docket No. 430) is **GRANTED**. Accordingly, it is

**ORDERED** that Defendant's Modification of Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582 (Docket No. 423) is **WITHDRAWN**.

**So ORDERED and SIGNED this 2nd day of April, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE